UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

                Plaintiff,         CASE NO.: 00-CR-50019-1FL

vs.                         HON. PAUL V. GADOLA
                         MAG. JUDGE WALLACE CAPEL, JR.

QUAMON KING,

                Defendant.

_____/

## ORDER OF DETENTION
## PENDING REVOCATION  PROCEEDINGS

       The Defendant appeared before the Court on September 6, 2005, based upon a Petition and Warrant for violation of his conditions of supervised release,  filed on August 11, 2005.

       The Defendant is charged with violation of the Standard Condition by being arrested and charged with the crime of Uttering and Publishing.  The Defendant pled guilty on March 16, 2004, in Genesee County Circuit Court to Larceny in a Building, and was sentenced to a term of twenty-four months probation.  He is also charge with violation of  Standard Condition No. 7 by testing positive for the use of marijuana on four separate occasions.

       The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on February 22, 2002.  The report states  that the Defendant has an extensive history of mental problems, which includes audio hallucinations.  The report further indicates that the Defendant has made threats of physical violence against two individuals.  Additionally,  the Defendant has also discontinued taking his prescribed medication.  Lastly, it appears that he has tested positive for the use of illegal substances.

       Based upon the information presented at the hearing, it appears that the Defendant has

continued to use illegal substances while under supervision. It also appears that he has violated the terms of his supervised release by being charged and convicted of a state court offense. Furthermore, the Court finds that the Defendant poses a risk of danger to the community based upon his verbal threats, and by his failure to take his medication.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: September 6, 2005**          **s/ Wallace Capel, Jr.**
                                      **WALLACE CAPEL, JR.**
                                      **United States Magistrate Judge**


## CERTIFICATE OF SERVICE

I hereby certify that on  September 6, 2005,  I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following:  Robert Haviland, AUSA, Kenneth Sasse, Federal Defender Office , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants:  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                      s/ James P. Peltier
                                      James P. Peltier
                                      Courtroom Deputy Clerk
                                      U.S. District Court
                                      600 Church St.
                                      Flint, MI 48502
                                      810-341-7850